IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02343-MSK-MEH

CHERYL ARABALO,

    Plaintiff,

v.

CITY OF DENVER, COUNTY OF DENVER, through its elected officials, the Denver City Council,
ASHLEY KILROY, in his official capacity as Acting Safety Manager for the City and County of Denver, and
CAPTAIN GUTIERREZ,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 16, 2012.**

    Plaintiff's Motion for Leave to Amend Pleadings [filed February 13, 2012; docket #36] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A. The Court reminds the parties that it "will not consider *any motion*, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel. " D.C. Colo. LCivR 7.1A (emphasis added). It is the responsibility of the moving party to "state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule." *Id*. Because the Court has not granted leave to amend and the time for amendment as a matter of course has passed, the Amended Complaint [docket #37] is improperly filed and therefore **stricken**. *See* Fed. R. Civ. P. 15(a)(1).