IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 11-cv-02343-MSK-MEH | Date:   March 13, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

CHERYL ARABALO,                                                             Samuel Trapp (by phone)

      Plaintiff,

vs.

CITY OF DENVER, COUNTY OF DENVER,                     Robert Nespor
ASHLEY KILROY, and                                                          Jennifer Jacobson
CAPTAIN GUTIERREZ,                                                        Cathy Havener Greer
                                                                           (by phone)

      Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:**      9:38 a.m.

Court calls case.  Appearances of counsel.

Discussion regarding the Court's order (Doc. #43, filed 2/23/12) that each defendant file a response to Plaintiff's (Second) Motion for Leave to Amend Pleadings (Doc. #40, filed 2/17/12) **on or before March 2, 2012,** and why no responses were filed.

**ORDERED:**   For reasons stated on the record, Plaintiff's (Second) Motion for Leave to Amend Pleadings (Doc. #40, filed 2/17/12) is GRANTED.  The Clerk of the Court is directed to accept the tendered Amended Complaint (Doc. #41, filed 2/17/12) for filing as of today's date, March 13, 2012.

**Court in recess:**       9:50 a.m.   **(Hearing concluded)**
**Total time in court:**  0:12