IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02343-MSK-MEH

CHERYL ARABALO,

      Plaintiff,

v.

CITY OF DENVER, COUNTY OF DENVER, through its elected officials, the Denver City
Council,
ASHLEY KILROY, in his official capacity as Acting Safety Manager for the City and County of
Denver, and
CAPTAIN GUTIERREZ,

      Defendants.

---

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

---

**Michael E. Hegarty, United States Magistrate Judge.**

      Before the Court is Defendants' Renewed Motion to Dismiss Plaintiff's Title VII Claims

against Defendant Ashley Kilroy, Plaintiff's State Law Claims Against Defendants Ashley Kilroy

and City and County of Denver and Plaintiff's 42 U.S.C. § 1983 Claims Against Defendant Ashley

Kilroy [filed March 27, 2012; docket #50]. Pursuant to 28 U.S.C. § 636(b)(1)(B) and D.C. Colo.

LCivR 72.1C, the motion has been referred to this Court for recommendation.  (Docket #57.)

Plaintiff filed a response to the motion on April 16, 2012, indicating that she has no objection to the

dismissal of Plaintiff's Title VII, state and 42 U.S.C. § 1983 claims against Defendant Ashley

Kilroy, and that she has no objection to the dismissal of the state law claims against Defendant City

and County of Denver.  (Docket #53.)

      In light of Plaintiff's agreement with the dismissal requested in Defendant's Motion and

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court respectfully RECOMMENDS that Defendants'

Renewed Motion to Dismiss Plaintiff's Title VII Claims against Defendant Ashley Kilroy, Plaintiff's

State Law Claims Against Defendants Ashley Kilroy and City and County of Denver and Plaintiff's

42 U.S.C. § 1983 Claims Against Defendant Ashley Kilroy [underline]filed March 27, 2012; docket #50[/underline]] be

**granted**.[1]

     Dated at Denver, Colorado, this 9th day of May, 2012.

                                 BY THE COURT:

                                 *Michael E. Hegarty*

                                 Michael E. Hegarty
                                 United States Magistrate Judge

---

[1]Be advised that all parties shall have fourteen (14) days after service hereof to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned. Fed. R. Civ. P. 72. The party filing objections must specifically identify those findings or recommendations to which the objections are being made. The District Court need not consider frivolous, conclusive or general objections. A party's failure to file such written objections to proposed findings and recommendations contained in this report may bar the party from a [underline]de[/underline] [underline]novo[/underline] determination by the District Judge of the proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 676-83 (1980); 28 U.S.C. § 636(b)(1). Additionally, the failure to file written objections to the proposed findings and recommendations within fourteen (14) days after being served with a copy may bar the aggrieved party from appealing the factual findings of the Magistrate Judge that are accepted or adopted by the District Court. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *Niehaus v. Kansas Bar Ass'n*, 793 F.2d 1159, 1164 (10th Cir. 1986).