IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02343-MSK-MEH

CHERYL ARABALO,

    Plaintiff,

v.

CITY OF DENVER, COUNTY OF DENVER, through its elected officials, the Denver City Council,
ASHLEY KILROY, in his official capacity as Acting Safety Manager for the City and County of Denver,
CAPTAIN GUTIERREZ, and
PHILLIP DEEDS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 5, 2012.**

    The Stipulated Motion for Protective Order [filed May 31, 2012; docket #61] is **granted**. The proposed Stipulated Protective Order is accepted, issued and filed contemporaneously with this minute order.