IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 11-cv-02343-MSK-MEH | Date:   August 16, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| CHERYL ARABALO, | Samuel Trapp |
| Plaintiff, | |
| vs. | |
| CITY OF DENVER, COUNTY OF DENVER, | Robert Nespor |
| ASHLEY KILROY, | Jennifer Jacobson |
| CAPTAIN GUTIERREZ, and | Cathy Havener Greet |
| PHILLIP DEEDS, | |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTIONS HEARING**

**Court in session:**   10:02 a.m.

Court calls case. Appearances of counsel. Plaintiff is present.

Argument and discussion regarding Defendant City and County of Denver's Motion to Compel Discovery (Doc. #67, filed 7/27/12).

**ORDERED:**   Defendant City and County of Denver's Motion to Compel Discovery (Doc. #67, filed 7/27/12) is GRANTED as stated on the record.  Counsel for City and County of Denver shall file an affidavit of attorneys' fees and costs on or before **August 17, 2012.**  Mr. Trapp may file any evidence he has that mitigates the failure to communicate on or before **August 20, 2012.**

Argument and discussion regarding Plaintiff's Motion to Extend Discovery Deadlines (Doc. #73, filed 8/3/12).

**ORDERED:**   1.   Plaintiff's Motion to Extend Discovery Deadlines (Doc. #73, filed 8/3/12) is GRANTED in part and DENIED in part as stated on the record. The following deadlines are extended:

- Discovery:   **October 12, 2012.  No further extensions will be granted.**

- Dispositive Motions:  **November 13, 2012.**

- A Telephonic Status Conference is set for **August 30, 2012, at 10:00 a.m.**  Counsel are directed to first conference together and then contact this Court's chambers at (303)844-4507.

**Court in recess:**     **10:41 a.m.  (Hearing concluded)**
**Total time in court:**  0:39