IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 11-cv-02343-MSK-MEH | Date:   November 2, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| CHERYL ARABALO, | Samantha Halliburton |
| | Samuel Trapp |
| Plaintiff, | |
| vs. | |
| CITY AND COUNTY OF DENVER, | Douglas Nespor |
| ASHLEY KILROY, | Jennifer Jacobson |
| CAPTAIN GUTIERREZ, and | Cathy Havener Greer |
| PHILLIP DEEDS, | |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in session:**    3:14 p.m.

Court calls case.  Appearances of counsel.

Argument and discussion regarding Plaintiff's Motion to Modify the Scheduling Order (Doc. #90, filed 10/16/12), Plaintiff's Motion for Leave to File Third Amended Complaint (Doc. #91, filed 10/16/12), and Mr. Trapp's Motion to Withdrawal [sic] (Doc. #95, filed 10/24/12), which was previously denied by the Court.

**ORDERED:**    1.    Mr. Trapp shall file a renewed motion to withdraw as counsel.

2. Plaintiff's Motion to Modify the Scheduling Order (Doc. #90, filed 10/16/12) is GRANTED as stated on the record.  The following deadlines are modified: **Amended Rule 26(a)(1) disclosures due by November 14, 2012; Discovery due by January 15, 2013; Dispositive Motions due by March 1, 2013.**

3. Plaintiff's Motion for Leave to File Third Amended Complaint (Doc. #91, filed 10/16/12) is GRANTED in part and DENIED in part as stated on the record.  Plaintiff shall file a Third Amended Complaint, after conferring with counsel for Defendants, on or before **November 14, 2012.**

**Court in recess:**    4:29 p.m.   (Hearing concluded)
**Total time in court:**    1:15